## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILMINGTON SAVINGS FUND      : No. 668 MAL 2014
SOCIETY FSB AND GARY WARD,      :
                            :
          Respondents      : Petition for Allowance of Appeal from the
                            : Order of the Superior Court
                            :
               v.                    :
                            :
                            :
JACK COHEN,                      :
                            :
          Petitioner       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.